No. 71–5566. RIDGILL v. OTIS, ACTING WARDEN. C. A. 2d Cir. Certiorari denied.

No. 71–5568. BRYAN v. KURCEVICH, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 71–5569. HAGELBERGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5573. SCOTT v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 71–5574. WADE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5575. EVANS v. EVANS ET AL. Sup. Ct. N. C. Certiorari denied.

No. 71–5576. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5578. BATTLE v. MOSELEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–5579. DIGGS v. DUNNE ET AL. Sup. Ct. Ill. Certiorari denied.

No. 71–5584. OSBORN v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 71–5586. RUIZ v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5589. SANCHEZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.